WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC4,<br><br>Plaintiff<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and UNITED CAPITAL TITLE INSURANCE COMPANY,<br><br>Defendants | Case No.: 2:20-cv-00380-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 and Defendants Fidelity National Title Insurance Company and United Capital Title Insurance Company (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 30th day of January, 2023.     DATED this 30th day of January, 2023.

4    WRIGHT, FINLAY & ZAK, LLP                SINCLAIR BRAUN LLP

6    */s/ Lindsay D. Dragon, Esq.*                */s/ Kevin S. Sinclair, Esq.*
7    Lindsay D. Dragon, Esq.                      Kevin S. Sinclair, Esq.,
     Nevada Bar No. 13474                         Nevada Bar No. 12277
8    7785 W. Sahara Ave., Suite 200               16501 Venture Blvd., Suite 400
     Las Vegas, NV 89117                          Encino, CA 91436
9    *Attorney for Plaintiff*                     *Attorneys for Defendants*

12   **IT IS SO ORDERED.**
13   IT IS FURTHER ORDERED that the status hearing scheduled for February 7, 2023, at
14   2:00 pm is vacated.
15   Dated this 31st day of January, 2023.

                                              _____
                                              UNITED STATES DISTRICT JUDGE